

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-22-00681-CV

**IN THE INTEREST OF E.G.K.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01021
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **December 2, 2022**.

It is so **ORDERED** November 21, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT